# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THOMAS ABRAMS, ET AL

VERSUS

OCHSNER CLINIC FOUNDATION,
ET AL

NO.  2025 CW 1332

**APRIL 22, 2026**

---

In Re:   Louisiana Governor Jeff Landry, Patient's Compensation
         Fund Oversight Board, and the Louisiana Division of
         Administration, applying for rehearing, 19th Judicial
         District Court, Parish of East Baton Rouge, No. 748748
         c/w CZ002471 c/w 751419 c/w 752412.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**APPLICATION FOR REHEARING DENIED.**

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT